No. 80–5887. WHITE *v.* NEW HAMPSHIRE DEPARTMENT OF EMPLOYMENT SECURITY ET AL. C. A. 1st Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 80–5392. HOWE *v.* SMITH, ATTORNEY GENERAL, ET AL. C. A. 2d Cir. [Certiorari granted *sub nom. Howe* v. *Civiletti,* 449 U. S. 1123.] Motions of Kansas Defender Project and Families & Friends of Prisoners, Inc., et al. for leave to file briefs as *amici curiae* granted. Motion of the Solicitor General for divided argument granted.

No. 80–6111. IN RE DAVIS. Petition for writ of mandamus denied.

No. 80–767. UNITED STATES *v.* LEE. Appeal from D. C. W. D. Pa. Motion of appellee for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.

No. 80–965. TEXACO, INC., ET AL. *v.* SHORT ET AL.; and
No. 80–1018. POND ET AL. *v.* WALDEN ET AL. Appeal from Sup. Ct. Ind. Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: —— Ind. ——, 406 N. E. 2d 625.

No. 80–1121. UNITED STATES *v.* CLARK ET AL. Ct. Cl. Certiorari granted.

No. 80–5889. SANTOSKY ET AL. *v.* KRAMER, COMMISSIONER, ULSTER COUNTY DEPARTMENT OF SOCIAL SERVICES, ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Motion of petitioners for leave to proceed *in forma pauperis* and certiorari granted.